1

2

3

4

5

6

7

8                        **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    MUHAMED NAYEF AL ABDO              No. 2:12-CV-2863-CMK
      AL HALUF,
12
                        Plaintiff,
13
            vs.                                   ORDER
14
      COMMISSIONER OF SOCIAL
15    SECURITY,

16                      Defendant.

17    _____/

18

19            Plaintiff, who is proceeding with retained counsel, brings this action under

20    42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security.

21    Plaintiff has neither paid the filing fee for this action nor filed a <u>completed</u> application for leave

22    to proceed in forma pauperis.[1]  Plaintiff will be provided an opportunity to either pay the filing

23    fees in full or submit a completed in forma pauperis application and is warned that failure to do

24    so within the time provided may result in dismissal of this action for lack of prosecution and

25    _____

26            [1]      While plaintiff filed an application to proceed in forma pauperis along with the
      complaint, that application is incomplete.

                                                    1

1    failure to comply with court rules and orders.  <u>See</u> Local Rule 110.

2            Accordingly, IT IS HEREBY ORDERED that plaintiff shall either pay the full

3    filing fee for this action or file a completed application for leave to proceed in forma pauperis

4    within 30 days of the date of this order.

5

6     DATED:  December 14, 2012

7                                                    _____

8                                                    **CRAIG M. KELLISON**
                                                     UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26