1

2

3

4

5

6

7

8                **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  MUHAMED NAYEF AL ABDO            No. 2:12-CV-2863-CMK
    AL HALUF,
12
                 Plaintiff,
13
          vs.                                   ORDER
14
    COMMISSIONER OF SOCIAL
15  SECURITY,

16               Defendant.

17  _____/

18

19          Plaintiff, who is proceeding with retained counsel, brings this action under

20  42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security.

21  A review of the docket reflects that defendant has notified the court regarding consent to proceed

22  before a Magistrate Judge (see Doc. 10).  Plaintiff, however, has not notified the court regarding

23  consent.[1]  Pursuant to the court's scheduling order and Eastern District of California Local Rules,

24  _____

25      [1]      While the docket shows that plaintiff has filed a consent election form (see Doc.
    11), that document is for case no. 2:12-CV-1976-CMK, and does not indicate any particular
26  election regarding consent in this case.

1

1  Appendix A, the time to do so has now expired.

2        Plaintiff shall show cause in writing, within 30 days of the date of this order, why

3  this action should not be dismissed for failure to inform the court regarding consent to Magistrate

4  Judge jurisdiction, as required by the court's scheduling order.  The Clerk of the Court is directed

5  to serve on plaintiff a copy of the court's form entitled "Consent to Assignment or Request for

6  Reassignment."  Plaintiff is warned that failure to respond to this order may result in the

7  dismissal of the action for the reasons discussed above, as well as for failure to prosecute and

8  comply with court rules and orders.  See Local Rule 110.

9        IT IS SO ORDERED.

 

DATED:  May1, 2013

                                       _____
                                       **CRAIG M. KELLISON**
                                       UNITED STATES MAGISTRATE JUDGE