IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MUHAMED NAYEF AL ABDO AL HALUF,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

No. 2:12-CV-2863-CMK

ORDER

    Plaintiff, who is proceeding with retained counsel, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security. On August 2, 2013, the court directed plaintiff to show cause within 30 days why this action should be dismissed for failure to prosecute this action. Because plaintiff filed his dispositive motion within the 30-day period, the order to show cause is discharged.

    IT IS SO ORDERED.

DATED: March 12, 2014

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1